FILED

2026 Apr-24  PM 05:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MITCHELL JOSEPH CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:26-cv-242-ACA-GMB |
| v. | ) | |
| | ) | |
| LIMESTONE COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | | |

## FINAL ORDER

The magistrate judge entered a report recommending that the court dismiss this case without prejudice for Plaintiff Mitchell Joseph Caldwell's failure to prosecute his claims. (Doc. 7). The magistrate judge advised Mr. Caldwell that he could file objections (*id.* at 2), but the deadline to respond has passed, and the court has received none.

Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **DISMISSES** this action **WITHOUT PREJUDICE** for Mr. Caldwell's failure to prosecute his claims. For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this April 24, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                             In Replying Give Number
Clerk of Court                                             of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that all prisoners pay the Court's $600 docket fee plus $5 filing fee (for a total of $605) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1)    Pay the total $605 fee to the clerk of the district court from which this case arose; *or*

(2)    arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $605 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $605 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $605 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $605 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice

3